## 76004. PORTER v. FRAZIER.
### (366 SE2d 853)

CARLEY, Judge.

Appellant filed a direct appeal to the Supreme Court from an order of the Probate Court of Gwinnett County. The Supreme Court transferred the appeal to this court. For the reasons discussed in *Porter v. Frazier*, 257 Ga. 614 (361 SE2d 825) (1987); *Porter v. Frazier*, 185 Ga. App. 782 (366 SE2d 360) (1988) jurisdiction over this appeal lies not in this court but in the Superior Court of Gwinnett County.

*Appeal dismissed. Banke, P. J., and Benham, J., concur.*

### DECIDED FEBRUARY 10, 1988.

*G. Conley Ingram, Peter M. Degnan, James L. Eastham*, for appellant.

*Albert F. Taylor, Jr., John R. Shaw, Jr., John T. Webb, R. Britt Harris, Jr.*, for appellee.

## 75195. FOSTER & KLEISER, INC. v. JOMAR COATINGS, INC.
### (366 SE2d 852)

BEASLEY, Judge.

The instant appeal is controlled by our decision in *Foster & Kleiser, Inc. v. Coe & Payne*, 185 Ga. App. 284 (363 SE2d 818) (1987).

*Judgment reversed. McMurray, P. J., and Sognier, J., concur.*

### DECIDED JANUARY 14, 1988 —
### REHEARING DISMISSED FEBRUARY 12, 1988 —

*Stanley E. Foster*, for appellant.
*Michael S. Pineda*, for appellee.